# United States Court of Appeals for the Federal Circuit

---

**WILFRED D. BEAN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1447

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4116, Judge Coral Wong Pietsch.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

April 26, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court